CANNON *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

SIMMONS, C. J. The evidence for the plaintiff being substantially the same as when this case was here before (106 *Ga.* 830), and being, under the ruling then made, insufficient to authorize a recovery against the defendant, the trial judge did not err in granting a nonsuit. *Smith* v. *Central R. Co.*, 82 *Ga.* 801.

　　*Judgment affirmed. All the Justices concurring, except Fish, J., absent.*

Argued May 2, — Decided May 12, 1900.

Action for damages. Before Judge Hammond. City court of Griffin. December term, 1899.

*Robert T. Daniel,* for plaintiff.
*Hall & Boynton, W. C. Beeks,* and *R. L. Berner,* for defendant.

---

SOUTHERN RAILWAY COMPANY *v.* ARNOLD.

SIMMONS, C. J. There was no material error in any of the charges complained of in the motion for new trial, when read in connection with the whole charge; there was no error in the admission or exclusion of evidence; the evidence warranted the verdict, and the court did not err in refusing a new trial.

　　*Judgment affirmed. All the Justices concurring, except Fish, J., absent.*

Argued May 2, — Decided May 12, 1900.

Action for damages. Before Judge Harris. Fayette superior court. September 2, 1899.

*Arthur Heyman* and *Wise & Blalock,* for plaintiff in error.
*Arnold & Arnold* and *W. B. Hollingsworth,* contra.